1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

FILED
08 JUL -7 PM 12: 44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

Rosie L. Adams aka Rosie L. Payton aka Laverne R. Adams

        Defendant(s).

NO. C07-4565 SLM

REQUEST TO ENTER DEFAULT

To:    Richard W. Wieking, Clerk
       United States District Court
       Northern District of California

    PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: June 26, 2008        By: _____
                                       MICHAEL COSENTINO
                                       Attorney for Plaintiff