1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

FILED
08 JUL -7 PM 12:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. C07-4565 SLM |
| Plaintiff, | DECLARATION FOR JUDGMENT ON DEFAULT |
| v. | |
| Rosie L. Adams aka Rosie L. Payton aka Laverne R. Adams<br>Defendant. / | |

I, MICHAEL COSENTINO, declare:

1. I am the attorney for the plaintiff in the above-entitled action.

2. This declaration is made on behalf of plaintiff.

3. From the files and records and other information in this case, declarant is informed and believes that the defendant's place of residence is at 1936 85th Ave., Oakland, CA 94621.

4. Defendant is not an infant or incompetent person and not in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

5. Subsequent to the date of the Certificate of Indebtedness, a copy of which is attached hereto and made a part hereof as Exhibit A, $0.00 in payments have been made to the account; there is now due and owing to the plaintiff from the defendant the sum of $4,967.39 principal, plus $5,958.52 additional interest, $0.00 administrative costs, $45.00 court costs, and $1,490.22 as attorney fees.

WHEREFORE, declarant requests that judgment be entered on behalf of the plaintiff and against the defendant in the sum of $12,461.13 plus post judgment interest at the legal rate per

1  annum, pursuant to the provisions of 28 USC Sec. 1961(a), which will be compounded annually
2  pursuant to the provisions of 28 USC Sec. 1961(b).
3      I declare under penalty of perjury that the foregoing is true and accurate to the best of my
4  knowledge, information and belief.
5
6  Dated: June 26, 2008
                              MICHAEL COSENTINO
7                                Attorney for the Plaintiff

24 DECLARATION FOR JUDGMENT OF DEFAULT                 2

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

> Rosie L. Adams
> aka Rosie Adams, Rosie L. Payton
> aka Laverne R. Adams, L Adams
> 1936 85th Ave
> Oakland, CA 94621
> Account No.    3755

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 12/14/06.

On or about 12/09/86, and 11/24/87, the borrower executed promissory note(s) to secure loan(s) of $2,000.00 and $2,625.00, from Glendale Federal Savings at 8.00 percent interest per annum. This loan obligation was guaranteed by California Student Aid Commission and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $30.70 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 06/29/93, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4,967.39 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/05/03, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $4,967.39 |
| Interest: | $5,349.34 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 12/14/06: | $10,316.73 |

Interest accrues on the principal shown here at the rate of $1.09 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1/9/07

Name: _Linda Thatelale_
Title: Loan Analyst
Branch: Litigation

EXHIBIT A