1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA              NO. C07-4565 SLM
10
                    Plaintiff,
11                                       JUDGMENT ON DEFAULT
        v.
12
   Rosie L. Adams aka Rosie L. Payton aka Laverne R. Adams
13                                       ENTERED IN CIVIL DOCKET  7-16-08
                    Defendant.
14  _____/

15       In the above entitled action, the defendant Rosie L. Adams aka Rosie L. Payton aka Laverne

16  R. Adams having been duly served with the Summons and a copy of the Complaint in the action, and

17  the defendant having failed to appear, answer, plead, or otherwise defend in the action within the

18  time allowed by law, or at all, and default having been duly entered; and it further appearing that

19  plaintiff's claim against the defendant is for a sum certain and for interest which can by computation

20  be made certain and for costs; and, it further appearing that a declaration on behalf of the plaintiff

21  required by Rule 55 has been filed, setting forth the amounts due plaintiff from said defendant in

22  accordance with the prayer of the Complaint, and also setting forth that defendant is not an infant or

23  incompetent person or in the military service of the United States within the meaning of the Soldiers'

24  and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act,

25  and praying that Judgment be entered herein.

26       NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

27       IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and

28  from the defendant, Rosie L. Adams aka Rosie L. Payton aka Laverne R. Adams, the sum of

RECEIVED

08 JUL -7  PM 12: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 1 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1  $12,461.13 as principal, interest, attorney fees, and costs; interest from the date of this judgment at

2  the current legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a)which will be

3  compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith

4  entered accordingly.

5

6  JUDGMENT ENTERED:_____7-16-08

7

8  RICHARD W. WIEKING, Clerk
   United States District Court
9

10  _____
    Deputy Clerk
11            GLORIA ACEVEDO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28